JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **EVANGELINE A. SALAZAR,**<br>　　　Plaintiff,<br><br>　vs.<br><br>**BANK OF AMERICA, et al.,**<br>　　　Defendants, | Case No.: SACV 13-0379 DOC(JPRx)<br><br>**JUDGMENT OF DISMISSAL** |

On May 1, 2013, the Court entered an Order (Dkt. 9) Granting Defendants' Motion to Dismiss. The Court gave Plaintiff Evangeline A. Salazar until May 20, 2013, to file a First Amended Complaint. As of this date, no Amended Complaint has been filed.

-2-

Accordingly, pursuant to the Court's May 1, 2013, order, the Court hereby DISMISSES all claims against Defendants WITH PREJUDICE.

IT IS SO ORDERED.

DATED: June 11, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE